147 So. 920

### T. C. (alias T. M.) McINTYRE v. H. P. HEFLIN, Judge.
### 6 Div. 361.

Supreme Court of Alabama.
April 20, 1933.

Fort, Beddow & Ray, of Birmingham, for petitioner.

PER CURIAM.

Writ denied. State ex rel. Shirley v. Lutz et al., ante, p. 497, 147 So. 429; Gardner v. Michigan, 199 U. S. 325, 26 S. Ct. 106, 50 L. Ed. 212.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.